# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON C. BERTA,<br><br>      Plaintiff,<br><br>v.<br><br>ROBERT BLANKENSHIP, *et al.*,<br><br>      Defendants. | Case No. 3:17-cv-00077-JPG-MAB |

## **MEMORANDUM AND ORDER**

**J. PHIL GILBERT, DISTRICT JUDGE**

Magistrate Judge Mark A. Beatty has issued a Report and Recommendations ("Report") on the defendants' motion for summary judgment. (ECF Nos. 52, 69.) The Court may accept, reject, or modify—in whole or in part—the findings or recommendations of the magistrate judge in his Report. FED. R. CIV. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

No party here has made an objection, and Magistrate Judge Beatty's Report withstands a review for clear error. For that reason, the Court:

- **ADOPTS** the Report in its entirety (ECF No. 69);
- **GRANTS** the defendants' motion for summary judgment (ECF No. 52);
- **DISMISSES** this case **WITH PREJUDICE**; and
- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: JUNE 20, 2019**

s/ *J. Phil Gilbert*
**J. PHIL GILBERT
U.S. DISTRICT JUDGE**