# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON C. BERTA,<br><br>  Plaintiff,<br><br>v.<br><br>ROBERT BLANKENSHIP, *et al.*,<br><br>  Defendants. | Case No. 3:17-cv-00077-JPG-MAB |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants Jeffrey Arendell, David Joseph, and Randy Young, and that this matter is **DISMISSED WITH PREJUDICE**.

DATED: June 20, 2019

              **MARGARET M. ROBERTIE,**
              Clerk of Court

              BY: s/Tina Gray
                  Deputy Clerk

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**